# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JESSICA CERMAK, an individual, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-CV-541-GKF-FHM |
| (1) TWIN CITY FIRE INSURANCE COMPANY, a foreign corporation, | ) |
| Defendant. | ) |
| AND | ) |
| (1) TWIN CITY FIRE INSURANCE COMPANY, a foreign corporation, | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| (1) SUZANNE MCKOWN, an individual, | ) |
| Third-Party Defendant. | ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Jessica Cermak, Defendant/Third-Party Plaintiff Twin City Fire Insurance Company ("Twin City"), and Third-Party Defendant Suzanne McKown, by and through their counsel of record, hereby stipulate to the dismissal of all claims asserted herein with prejudice to the re-filing of same, with each party to bear her or its own costs and attorney fees, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii).

DATED this 3rd day of May, 2018.

Respectfully submitted,

*s/ Laura M. Lauth*
Donald E. Smolen, II, OBA#19944
Laura M. Lauth, OBA#22619
*(Signed by Filing Attorney with Permission)*
SMOLEN, SMOLEN & ROYTTMAN, PLLC
701 S. Cincinnati Ave.
Tulsa, OK  74119
(918) 585-2667 (phone)
(918) 585-2669 (fax)
donaldsmolen@ssrok.com
lauralauth@ssrok.com

ATTORNEYS FOR PLAINTIFF


*s/ Jessica L. Dickerson*
William S. Leach, OBA#14892
Jessica L. Dickerson, OBA#21500
MCAFEE & TAFT
A PROFESSIONAL CORPORATION
Williams Center Tower II
Two West 2nd Street, Suite 1100
Tulsa, OK  74103
(918) 587-0000 (phone)
(918) 599-9317 (fax)
bill.leach@mcafeetaft.com
jessica.dickerson@mcafeetaft.com

Jodi W. Dishman, OBA #20677
MCAFEE & TAFT
A PROFESSIONAL CORPORATION
211 North Robinson, 10th Floor
Oklahoma City, OK  73102
(405) 235-9621 (phone)
(405) 235-0439 (fax)
jodi.dishman@mcafeetaft.com

ATTORNEYS FOR DEFENDANT TWIN CITY
FIRE INSURANCE COMPANY

-and-

                *s/ Christopher C. King*
                Christopher C. King, OBA #18457
                *(Signed by Filing Attorney with Permission)*
                MCGIVERN, GILLIARD
                Post Office Box 2619
                Tulsa, OK 74101-2619
                (918) 584-3391 (phone)
                (918) 592-2416 (fax)
                kking@mcgivernlaw.com

                ATTORNEYS FOR THIRD-PARTY
                DEFENDANT, SUZANNE McKOWN